IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:19-cv-03326-KSM |

## ORDER

**AND NOW**, this 9th day of July, 2020, having considered Defendants' Motion for a Protective Order Precluding the Deposition of Mayor James F. Kenney (Doc. No. 57), and Plaintiffs' opposition thereto (Doc. No. 65), it is **ORDERED** that Defendants' Motion (Doc. No. 57) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs, after continuing to engage in discovery, may file a **motion to reconsider, with a supporting memorandum of law,** should Plaintiffs be able to show that good cause no longer exists for the protective order granted herein. However, **before** filing a motion to reconsider, counsel for Plaintiffs shall **meet and confer** with counsel for Defendants to reach an agreement relating to the deposition of Mayor Kenney. If, after the meet and confer, Plaintiffs file a motion to reconsider, Plaintiffs shall include a certification that counsel for the parties did meet and confer prior to filing the motion.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.
