IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA MCCOWAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:19-cv-03326-KSM |

## ORDER

**AND NOW**, this 16th day of July, 2020, having considered Defendants' Motion to Compel Discovery Responses (Doc. No. 69), Plaintiffs' response thereto (Doc. No. 70), Plaintiffs' Motion to Compel Deposition Testimony (Doc. No. 71), and the parties' status reports pursuant to the Court's Order (Doc. No. 73)[1], it is **ORDERED** as follows:

- Plaintiffs having produced the discovery responses at issue in Defendants' Motion to Compel Discovery Responses (Doc. No. 69), and the parties having reached an agreement during a meet and confer, Defendants' Motion (Doc. No. 69) is **DENIED AS MOOT**.[2]

- Plaintiffs' request for sanctions against Defendants (Doc. No. 71) is **DENIED**.[3]

- Having denied Plaintiffs' request for sanctions in Plaintiffs' Motion to Compel Deposition Testimony (Doc. No. 71), and the parties having reached an agreement

---

[1] Plaintiffs filed their status report (Doc. No. 75) and Defendants emailed their status report to Chambers.

[2] In their report to the Court pursuant to the Court's order (Doc. No. 73), Defendants noted that they are withdrawing their motion (Doc. No. 69).

[3] The Court notes that Plaintiffs were late in providing their discovery responses to Defendants earlier this month, and Defendants granted Plaintiffs a courtesy extension for Plaintiffs to provide their responses. Plaintiffs' request for sanctions here is thus questionable to say the least.

regarding the disputed depositions in Plaintiffs' motion, Plaintiffs' motion (Doc. No. 71) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.
