IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA MCCOWAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:19-cv-03326-KSM |

## ORDER

**AND NOW**, this 28th day of July, 2020, having considered non-party City Controller Rebecca Rhynhart's motion for a protective order precluding her deposition (Doc. No. 79), and Plaintiffs' opposition thereto (Doc. No. 82), and having held oral argument on the same, it is **ORDERED** that City Controller Rhynhart's Motion (Doc. No. 79) is **DENIED.** Unless Plaintiffs agree otherwise, City Controller Rhynhart's deposition shall occur no later than **August 14, 2020. IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.