# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, <br><br>    Plaintiffs, <br><br>    *v.* <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br>    Defendants. | **CIVIL ACTION** <br><br> **NO. 2:19-cv-03326-KSM** |

## ORDER

**AND NOW**, this 23rd day of October, 2020, upon consideration of Plaintiffs' Motion for Reconsideration of the Court's Order Dated July 9, 2020 (Doc. No. 92) and Defendants' response brief (Doc. No. 93), it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.