# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, | **CIVIL ACTION** |
| Plaintiffs, | |
| v. | **NO. 2:19-cv-03326-KSM** |
| **CITY OF PHILADELPHIA, et al.**, | |
| Defendants. | |

# ORDER

**AND NOW**, this 4th day of November, 2020, upon consideration of Defendants' Motion to Quash the Subpoena Directed to Nonparty A. Nicole Phillips, Esquire (Doc. No. 94), Plaintiffs' response brief (Doc. No 96), and statements made by counsel during oral argument,[1] it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] As discussed in the accompanying opinion, we do not address new arguments raised by Defendants during and after oral argument, nor do we consider Defendants' untimely reply brief (Doc. No. 110), which was filed 53 days after Plaintiffs' response brief and 46 days after the deadline.