**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiffs Audra McCowan and Jennifer Allen*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA McCOWAN *and* JENNIFER ALLEN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-3326-KSM <br><br> **Plaintiffs' <u>Daubert</u> Motion to Exclude Opinion Testimony of Dr. Reed Goldstein** <br><br> **Federal Rule of Evidence 702** |

### Notice of Motion

Plaintiffs Audra McCowan and Jennifer Allen respectfully request an Order pursuant to Federal Rule of Evidence 702 precluding the testimony of Defendants' expert, Dr. Reed Goldstein. In support of their motion, Plaintiffs rely on the attached Brief. Plaintiffs' supporting exhibits are being emailed to Chambers under seal. A proposed form of order is attached.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Ian M. Bryson, Esquire*
IAN M. BRYSON, ESQUIRE
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiffs*

Dated: <u>March 5, 2021</u>