**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiffs Audra McCowan and Jennifer Allen*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA McCOWAN *and* JENNIFER ALLEN, <br><br>                    Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br>                    Defendants. | Civil Action No. 19-cv-3326-KSM <br><br> **Certificate of Service** |

I hereby certify that on March 5, 2021 I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                                                          /s/Ian M. Bryson, Esquire
                                                          Ian M. Bryson, Esquire
                                                          Derek Smith Law Group, PLLC
                                                          1835 Market Street, Suite 2950
                                                          Philadelphia, PA 19103
                                                          (215) 391-4790
Dated: March 5, 2021                                      ian@dereksmithlaw.com