Unredacted Brief and Exhibits A through E sent to Chambers electronically