IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, Plaintiffs, v. **CITY OF PHILADELPHIA, et al.**, Defendants. | **CIVIL ACTION** NO. 2:19-cv-03326-KSM |

**ORDER**

**AND NOW**, this 24th day of August, 2021, upon consideration of Defendants the City of Philadelphia, Christine Coulter, Daniel MacDonald, Michael McCarrick, Timothy McHugh, Brent Conway, Eric Williford, Kevin O'Brien, Tamika Allen, and Herbert Gibbons' unopposed Motion to Seal Documents Designated as Confidential (Doc. No. 159), and following an in camera review of the documents by the Court, it is **ORDERED** that the motion to seal is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. As to the EEO memoranda produced by the City of Philadelphia, and as outlined in the chart at Appendix A, the motion is **GRANTED** with respect to the redaction of personal identifying information of nonlitigants. The motion is **DENIED** with respect to the redaction of personal identifying information in EEO19-0010 and EEO19-0027, the redaction of personal identifying information with respect to McCowan's complaint in EEO15-0029, and the redaction of Brent Conway's name in EEO19-0011.

2. As to MMWR 013427, the motion is **GRANTED**, with the exception of the redaction of party names in paragraph 10.

3. As to the file for IAD #14-1189, the motion is **DENIED.**

4. If any party files a document subject to this Order, the document shall be filed with the personal identifying information of third-party nonlitigants redacted and with the redacted information under seal.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

# APPENDIX A

| BATES Range | Document | Analysis | Ruling |
|---|---|---|---|
| CITY 5941–5944 | EEO15-0008 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted** |
| CITY 5945–5949 | EEO15-0017 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted** |
| CITY 5950–5967 | EEO15-0023 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted** |
| CITY 5968–5976 | EEO15-0029 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Denied** to the extent it redacts the information of individuals in connection with McCowan's internal complaint on pages CITY 5968–72 and 5975. Otherwise, **Granted.** |
| CITY 5977–5979 | EEO15-0037 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>On page CITY 5978, a specific job title unique to a single individualwas redacted to protect the privacy of the identified individual. | **Granted.** |
| CITY 5980–5992 | EEO15-0038 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 5993–5997 | EEO16-0005 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |

| | | | |
|---|---|---|---|
| | | On CITY 5993, a specific and unique job title was redacted to protect the privacy of the identified individual. | |
| CITY 5998–6009 | EEO16-0012 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>On CITY 6000, retirement date redacted. | **Granted.** |
| CITY 6010–6038 | EEO16-0013 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6039–6053 | EEO16-0019 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6054–6058 | EEO17-0009 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Work location redacted throughout because the small size and unique function of this unit makes individuals easily identifiable. | **Granted.** |
| CITY 6059–6078 | EEO17-0010 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>On page CITY 6059, a specific job title unique to a single individual was redacted to protect the privacy of the identified individual.<br><br>Work location redacted throughout because the small size and unique | **Granted.** |

5

| | | | |
|---|---|---|---|
| | | function of this unit makes individuals easily identifiable. | |
| CITY 6079–6089 | EEO17-0016 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6090–6094 | EEO17-0020 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6095–6135 | EEO17-0021 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Complainants' specific responsibilities redacted throughoutbecause, due to the small number of officers assigned these tasks, this information would make complainants' identities easily ascertainable. | **Granted.** |
| CITY 6136–6142 | EEO17-0022 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>On page CITY 6136, a specific job title unique to a single individualwas redacted to protect the privacy of the identified individual. | **Granted.** |
| CITY 6143–6167 | EEO17-0023 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6168–6172 | EEO17-0024 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6173–6187 | EEO17-0025 | First and last names, along with unique identifiers badge number, payroll, and | **Granted.** |

| | | | |
|---|---|---|---|
| | | date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. Former work location redacted throughout because the small size and unique function of this unit makes individuals easily identifiable. CITY 6176 – address and telephone number of third-party nonlitigant redacted. | |
| CITY 6188–6190 | EEO17-0026 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. Work locations redacted throughout because the small size and unique functions of these units makes assigned individuals easily identifiable. | **Granted.** |
| CITY 6191–6242 | EEO17-0027 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6243–6263 | EEO17-0030 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6264–6282 | EEO17-0034 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6283–6307 | EEO17-0037 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6308–6321 | EEO17-0038 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment | **Granted.** |

| | | | |
|---|---|---|---|
| | | are redacted toprotect the privacy of third-party nonlitigants. | |
| CITY 6322–6352 | EEO17-0039 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>CITY 6323, 6324, 6325, 6326, 6328 – telephone numbers of third-party nonlitigant redacted to protect privacy of said individual. | **Granted.** |
| CITY 6353–6365 | EEO17-0040 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>CITY 6353 – promotional path and assignments redacted because this information would make the identity of third-party nonlitigant easily ascertainable. | **Granted.** |
| CITY 6366–6373 | EEO17-0042 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6374–6379 | EEO17-0043 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6380–6392 | EEO18-0002 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>CITY 6380 – assignment redacted because this information would make the identity of third-party nonlitigant easily ascertainable. | **Granted.** |
| CITY 6393–6412 | EEO18-0005 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment | **Granted.** |

| | | | |
|---|---|---|---|
| | | are redacted toprotect the privacy of third-party nonlitigants. CITY 6395 – home address, telephone number, and age of third- party nonlitigant redacted to protect the privacy of a third-party nonlitigant. | |
| CITY 6413–6421 | EEO18-0007 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6422–6466 | EEO18-0009 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. CITY 6422 – assignment redacted because this information would make the identity of third-party nonlitigant easily ascertainable. CITY 6431 – home address, age, telephone number, and newemployer of third-party nonlitigant redacted to protect the privacy of a third-party nonlitigant. CITY 6447 - home address of third-party nonlitigant redacted to protect the privacy of a third-party nonlitigant. | **Granted.** |
| CITY 6467–6481 | EEO18-0012 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6482–6498 | EEO18-0015 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6499–6510 | EEO18-0016 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment | **Granted.** |

| | | are redacted toprotect the privacy of third-party nonlitigants. | |
|---|---|---|---|
| CITY 6511–6531 | EEO18-0017 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6532–6546 | EEO18-0018 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6547–6562 | EEO18-0021 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6563–6566 | EEO18-0022 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6567–6585 | EEO18-0023 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6586–6589 | EEO18-0031 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6590–6596 | EEO18-0034 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6597–6609 | EEO18-0035 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6610–6614 | EEO18-0037 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment | **Granted.** |

| | | | |
|---|---|---|---|
| | | are redacted toprotect the privacy of third-party nonlitigants. | |
| CITY 6615–6618 | EEO18-0039 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6619–6626 | EEO18-0041 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6627–6662 | EEO18-0042 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6663–6675 | EEO18-0043 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Job titles and specialized unit assignments redacted throughout because this information would make the identity of third-party nonlitigant easily ascertainable. | **Granted.** |
| CITY 6676–6681 | EEO18-0045 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6682–6688 | EEO18-0046 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Job title and non-PPD employer of third-party nonlitigant complainant redacted throughout to protect complainant's privacy. | **Granted.** |
| CITY 6689–6693 | EEO18-0048 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment | **Granted.** |

| | | | |
|---|---|---|---|
| | | are redacted to protect the privacy of third-party nonlitigants. Employee ages redacted throughout to protect the privacy of those identifiable by age. | |
| CITY 6694–6720 | EEO18-0050 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6721–6725 | EEO19-0001 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6726–6730 | EEO19-0002 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6731–6749 | EEO19-0003 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6750–6765 | EEO19-0004 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. Age of complainant redacted to avoid divulging personal details invasive of complainant's privacy. CITY 6751 – dates of automobile accidents and injured-on-duty (IOD) status redacted to protect complainant's privacy. | **Granted.** |
| CITY 6766–6775 | EEO19-0005 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |

|  |  | CITY 6766 – District Control (DC) number redacted to protect privacy of third-party nonlitigants. |  |
|---|---|---|---|
| CITY 6776–6802 | EEO19-0006 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6803–6827 | EEO19-0010 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Denied.** The City proposes redacting party names, and therefore, the redactions are not targeted at "nonlitigants." In addition, the facts and investigation described in the memorandum are discussed in detail in the second amended complaint. |
| CITY 6828–6837 | EEO19-0011 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Denied** to the extent that it redacts Brent Conway's name on CITY 6289. Otherwise, **Granted.** |
| CITY 6838–6842 | EEO19-0017 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Job titles and specialized unit assignments redacted throughout to protect the privacy of third-party nonlitigants who could be easily identified through such detailed information. | **Granted.** |
| CITY 6843–6846 | EEO19-0020 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6847–6862 | EEO19-0027 | First and last names, along with unique identifiers badge number, payroll, and | **Denied.** The City proposes redacting |

| | | date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | party names, and therefore the redactions are not targeted at "nonlitigants." In addition, the facts and investigation described in this memorandum are discussed in detail in the second amended complaint. |
|---|---|---|---|
| CITY 6863–6867 | EEO19-0028 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6868–6877 | EEO19-0030 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6878–6880 | EEO19-0054 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6881–6889 | EEO19-0070 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6890–6900 | EEO20-0001 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted toprotect the privacy of third-party nonlitigants. | **Granted.** |
| CITY 6901–6913 | EEO20-0002 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Specialized unit assignments redacted throughout because this information | **Granted.** |

| | | would make the identity of third-party nonlitigants easily ascertainable. | |
|---|---|---|---|
| CITY 6921–6923 | EEO15-0002 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Specialized unit assignments redacted throughout because this information would make the identity of third-party nonlitigants easily ascertainable. | **Granted.** |
| CITY 6914–6920 | EEO15-0031 | First and last names, along with unique identifiers badge number, payroll, and date(s) of appointment and assignment are redacted to protect the privacy of third-party nonlitigants.<br><br>Work location redacted throughout because the small size and unique function of this unit makes individuals easily identifiable.<br><br>CITY 6918, 6920 – cell phone serial number redacted to protect privacy interest of third-party nonlitigant. | **Granted.** |