IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA MCCOWAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 19-3326-KSM |

## ORDER

**AND NOW** this 10th day of March, 2022, upon consideration of Defendant Curtis Younger's Motion for Summary Judgment (Doc. No. 132), Plaintiffs' opposition brief (Doc. No. 166), the City of Philadelphia and individual City Defendants' Motion for Summary Judgment (Doc. No. 133), Plaintiffs' opposition brief (Doc. No. 167), Defendant Richard Ross Jr.'s Motion for Summary Judgment (Doc. No. 136), and Plaintiffs' opposition brief (Doc. No. 168), and following oral argument on February 16, 2022, it is **ORDERED** that the motions (Doc. Nos. 132, 133, 136) are **GRANTED IN PART** and **DENIED IN PART** as follows:

    1.    Summary judgment is **GRANTED** in favor of Defendants Daniel MacDonald, Michael McCarrick, Timothy McHugh, Kevin O'Brien, Eric Williford, Tamika Allen, and Brent Conway all of Plaintiff Audra McCowan's claims.

    2.    Summary judgment is **GRANTED IN PART** and **DENIED IN PART** to Defendants the City of Philadelphia, Richard Ross, Jr., Christine Coulter, and Curtis Younger. As explained in the accompanying Memorandum, summary judgment is **DENIED** as to the following counts against each identified Defendant:

| Count | Claim | Defendant(s) |
|---|---|---|
| I | Title VII Disparate Treatment | City of Philadelphia |
| II | Title VII Hostile Work Environment | City of Philadelphia |
| III | Title VII Retaliation | City of Philadelphia |
| XI | Section 1983 Disparate Treatment in Violation of Equal Protection Clause | Coulter |
| XII | Section 1983 Hostile Work Environment in Violation of Equal Protection Clause | City of Philadelphia, Ross, and Coulter |
| XIV | Pennsylvania Whistleblower Retaliation | City of Philadelphia and Coulter |
| XVI | Battery | Younger |
| XVII | PHRA Discrimination | City of Philadelphia |
| XVIII | PHRA Retaliation | City of Philadelphia and Coulter |
| XIX | PHRA Aiding and Abetting | Ross and Coulter |
| XX | PFPO Discrimination | City of Philadelphia |
| XXI | PFPO Retaliation | City of Philadelphia and Coulter |
| XXII | PFPO Aiding and Abetting | Ross and Coulter |

As to all other claims asserted by McCowan, summary judgment is **GRANTED** in favor of the City of Philadelphia, Richard Ross, Jr., Christine Coulter, and Curtis Younger.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.