IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-3326-KSM** |

## ORDER

**AND NOW** this 10th day of March, 2022, upon consideration of Defendant Curtis Younger's Motion for Summary Judgment (Doc. No. 132), Plaintiffs' opposition brief (Doc. No. 166), the City of Philadelphia and individual City Defendants' Motion for Summary Judgment (Doc. No. 133), Plaintiffs' opposition brief (Doc. No. 167), Defendant Richard Ross Jr.'s Motion for Summary Judgment (Doc. No. 136), and Plaintiffs' opposition brief (Doc. No. 168), and following oral argument on February 16, 2022, it is **ORDERED** that the motions (Doc. Nos. 132, 133, 136) are **GRANTED IN PART** and **DENIED IN PART** as follows:

1.  Summary judgment is **GRANTED** in favor of Defendants Christine Coulter, Daniel MacDonald, Timothy McHugh, Kevin O'Brien, Eric Williford, Tamika Allen, Herbert Gibbons, Brent Conway, and Curtis Younger on all of Plaintiff Jennifer Allen's claims.

2.  Summary judgment is **GRANTED IN PART** and **DENIED IN PART** to Defendants the City of Philadelphia and Michael McCarrick.  As explained in the accompanying Memorandum, summary judgment is **DENIED** as to the following counts against each identified Defendant:

2

| Count | Claim | Defendant(s) |
|---|---|---|
| III | Title VII Retaliation | City of Philadelphia |
| XIV | Pennsylvania Whistleblower Retaliation | City of Philadelphia, McCarrick |
| XVIII | PHRA Retaliation | City of Philadelphia, McCarrick |
| XIX | PHRA Aiding and Abetting | McCarrick |
| XXI | PFPO Retaliation | City of Philadelphia, McCarrick |
| XXII | PFPO Aiding and Abetting | McCarrick |

As to all other claims asserted by Allen, summary judgment is **GRANTED** in favor of the City of Philadelphia and Michael McCarrick.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.