**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiffs Audra McCowan and Jennifer Allen*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA McCOWAN *and* JENNIFER ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>Defendants. | Civil Action No. 19-cv-3326-KSM<br><br>**Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Allen's Fair Labor Standards Act Claim (Count IV)** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jennifer Allen moves for voluntary dismissal of her Fair Labor Standards Act Claim (Count IV) with prejudice.

Respectfully submitted,

*/s/ Ian M. Bryson, Esquire*
Ian M. Bryson, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
*Attorneys for Plaintiffs,*

Dated: March 21, 2022   *Audra McCowan and Jennifer Allen*

1

**DEREK SMITH LAW GROUP, PLLC**
IAN M. BRYSON, ESQUIRE
Attorney ID No. 321359
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
ian@dereksmithlaw.com
*Attorneys for Plaintiffs Audra McCowan and Jennifer Allen*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA McCOWAN *and* <br> JENNIFER ALLEN, <br><br>       Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br>       Defendants. | Civil Action No. 19-cv-3326-KSM <br><br> **Certificate of Service** |

  I hereby certify that on this date, the foregoing Motion was filed electronically and is available for viewing and downloading by all counsel of record.

              Respectfully submitted,

              <u>*/s/ Ian M. Bryson, Esquire*</u>
              Ian M. Bryson, Esquire
              Derek Smith Law Group, PLLC
              1835 Market Street, Suite 2950
              Philadelphia, PA 19103
              *Attorneys for Plaintiffs,*
Dated: <u>March 21, 2022</u>      *Audra McCowan and Jennifer Allen*