# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:19-cv-03326-KSM |

## ORDER

**AND NOW**, this 22nd day of March, 2022, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 177), which seeks summary judgment on Plaintiff Jennifer Allen's claims under the Fair Labor Standards Act (Count IV), and upon consideration of Plaintiff Allen's agreement to voluntarily dismiss this claim with prejudice (*see* Doc. Nos. 180, 181), it is **ORDERED** that the motion is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.