# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 2:19-cv-03326-KSM** |

## ORDER

**AND NOW**, this 8th day of April, 2022, upon consideration of Plaintiffs' Motion for Voluntary Dismissal of Plaintiff Allen's Fair Labor Standards Act Claim (Count IV) (Doc. No. 180), it is **ORDERED** that the motion is **GRANTED**. **Only** Plaintiff Allen's Fair Labor Standards Act Claim (Count IV) is hereby **DISMISSED WITH PREJUDICE** and without costs.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.