IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDRA McCOWAN *and* JENNIFER ALLEN,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>                    Defendants. | Civil Action No. 19-cv-3326-KSM<br><br>**Stipulation of Dismissal of Plaintiff Audra McCowan's Claims Against Defendant Curtis Younger** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned that Plaintiff Audra McCowan's claims against Defendant Curtis Younger in the above-captioned action are hereby dismissed **WITH PREJUDICE** and without costs against any party.


**DEREK SMITH LAW GROUP, PLLC**

*/s/ Ian M. Bryson, Esq.*
IAN M. BRYSON, ESQ.
*Attorneys for Plaintiffs*

Dated: April 20, 2022

**CLARK HILL**

*/s/ Daniel J. McGravey, Esq.*
DANIEL J. McGRAVEY, ESQ.
*Attorneys for Defendant Younger*

Dated: April 20, 2022