IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUDRA MCCOWAN et al** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADLEPHIA, et al.,** | : | NO. 19-3326 |

## CIVIL JUDGMENT

**AND NOW**, this 24th day of May 2022, in accordance with the verdict sheet, **IT IS ORDERED** that judgment is entered in favor of Plaintiff, Audra McCowan in the amount of $500,000.00 and Plaintiff, Jennifer Allen in the amount of $500,000.00 and against the Defendant, City of Philadelphia.

BY THE COURT:

ATTEST:     /s/ Lara Karlson
                    *Deputy Clerk*

Civ 1 (4/21)