IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUDRA MCCOWAN, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 19-3326-KSM |
| **CITY OF PHILADELPHIA,** | : | |
| Defendant. | : | |

### ORDER

**AND NOW** this _____ day of _____ 2022, upon consideration of Defendant's Motion for an Extension of Time to File its Brief in Support of the Post-Trial Motions for judgment as a matter of law or, in the alternative, for a new trial, it is hereby **ORDERED** and **DECREED** that the Defendant's motion is **GRANTED**.

Defendant shall file its Brief by July 21, 2022.

BY THE COURT:

_____
**KAREN S. MARSTON, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 19-3326-KSM |
| : | |
| **CITY OF PHILADELPHIA,** : | |
| : | |
| Defendant. : | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS BRIEF IN SUPPORT OF ITS POST-TRIAL MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR REMITTITUR**

1. Pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, Defendant the City of Philadelphia's renewed motion for judgment as a matter of law no later than 28 days after the entry of judgment.

2. After the Plaintiffs rested their case, Defendant made a motion pursuant to *Fed.R.Civ.P.* Rule 50 regarding Plaintiff's *Monell* claim under 42 U.S.C. § 1983.

3. The Court deferred ruling on the Defendant's motion.

4. Judgment was entered in favor of Plaintiffs on May 24, 2022. ECF#236.

5. Defendants ordered and have received the transcripts from the trial but have not yet completed review of them to draft and file the appropriate brief in support of its motion because counsel and her family suffered from Covid between June 4 and June 19, 2022.

6. Defendant requests time to review the transcripts, draft and file its renewed motion for judgment as a matter of law and, or in the alternative, for a new trial or remittitur by July 21, 2022.

7. Plaintiffs object to Defendant's request for additional time.

WHEREFORE, Defendant respectfully requests that that the Court grant its request for an extension of time to file its brief in support of the post-trial motion pursuant to *Fed.R.Civ.P.* 50(b) and 59 for judgment as a matter of law or, in the alternative, for a new trial or remittitur.

                                              Respectfully submitted,

Date: June 21, 2022                      */s/ Nicole S. Morris*
                                              Nicole S. Morris
                                              Chief Deputy City Solicitor
                                              City of Philadelphia Law Dept.
                                              Labor & Employment Unit
                                              1515 Arch Street, 16th Floor
                                              Philadelphia, PA 19102
                                              215-683-5075
                                              Nicole.morris@phila.gov

## CERTIFICATE OF SERVICE

        I, Nicole S. Morris, Attorney for Defendant, certify that on this date, I caused Defendant's Motion for an Extension of Time to File its Brief in Support of the Post-Trial Motions for judgment as a matter of law or, in the alternative, for a new trial or remittitur to be filed with the Court and served on the parties electronically.

Date: June 21, 2022                      */s/ Nicole S. Morris*
                                            Nicole S. Morris
                                            Chief Deputy City Solicitor