## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUDRA MCCOWAN,** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PHILADELPHIA**,<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 19-3326-KSM** |

### ORDER

**AND NOW**, this 6th day of July, 2022, the Court finds as follows:

1. Upon consideration of Defendant the City of Philadelphia's Motion for Extension of Time to File Post Trial Brief (Doc. No. 239) and Plaintiffs' opposition brief (Doc. No. 240), it is **ORDERED** the Motion is **DENIED.**

2. Upon consideration of Defendant the City of Philadelphia's Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial or Remittitur (Doc. No. 238) and Plaintiffs' opposition brief (Doc. No. 250), it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

*/s/Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.