**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AUDRA MCCOWAN, et al.**,<br><br>Plaintiffs,<br><br>*v.*<br><br>**CITY OF PHILADELPHIA,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 2:19-cv-03326-KSM** |

## ORDER

**AND NOW**, this 13th day of July, 2022, having resolved all post-trial motions, and consistent with the jury verdict (Doc. No. 235), it is **ORDERED** that an **AMENDED JUDGMENT** be entered in favor of Plaintiffs Audra McCowan and Jennifer Allen, and against Defendant, the City of Philadelphia, in the following amounts:

- $500,000 in compensatory damages for Audra McCowan;
- $500,000 in compensatory damages for Jennifer Allen;
- $771,880 in attorneys' fees; and
- $42,903.50 in costs.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.